# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT BOWLING GREEN

**OLETTA MEDLIN**
    Plaintiff

**v.**                                                                   No. 1:06CV-00023-J

**JO ANNE B. BARNHART**
    Commissioner of Social Security
    Defendant

## ORDER OF REMAND

The magistrate judge has filed his report, and no objections thereto have been filed. The magistrate judge's report is hereby adopted, and its findings and conclusions are incorporated by reference herein.

It is therefore ORDERED that this case is REMANDED to the Commissioner of Social Security for further administrative proceedings and a new decision not inconsistent with the magistrate judge's report.

The Clerk of Court shall enter a separate judgment as required by Fed.R.Civ.P. 58.

This is a final and appealable order, and there is no just cause for delay.